OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 
 *969
 
 The question of whether the procedural requirements of the collective bargaining agreement for seeking arbitration were followed is for the arbitrator to resolve.
 
 (Matter of City School Dist. of City of Poughkeepsie [Poughkeepsie Public School Teachers Assn.],
 
 35 NY2d
 
 599, 607).
 
 This principle applies regardless of whether the grievant took any action on the grievance prior to the expiration of the agreement where, as here, the grievance arose prior to the expiration of the agreement.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur in memorandum.
 

 Order affirmed.